UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY AGUSTIN VALENCIA
GARCIA, A-246-059-771,

        Petitioner,

    v.

WARDEN, et al.,

        Respondents.

No.  1:26-cv-2094-DC-CKD P

ORDER

Petitioner is detained by Immigrations and Customs Enforcement and is currently representing himself. Petitioner filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and paid the filing fee. Petitioner also filed a motion for appointment of counsel. The court would consider appointing counsel for petitioner based on the complexity of the legal issues involved if petitioner is indigent. See 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, petitioner shall submit the appropriate affidavit in support of any optional request to proceed in forma pauperis and for appointment of counsel.

In accordance with the above, IT IS ORDERED that:

1.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

////

1

2.  Petitioner shall submit an affidavit in support of a request to proceed in forma pauperis within 30 days.

Dated:  March 19, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 garc2094.110a.2241imm

2