UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AGUSTIN VALENCIA GARCIA, A-246-059-771,<br><br>        Petitioner,<br><br>    v.<br><br>SERGIO ALBARRAN,<br><br>        Respondent. | No.  1:26-cv-2094-DC-CKD P<br><br><br>ORDER |

Petitioner is detained by Immigrations and Customs Enforcement and requested appointment of counsel. In light of the complexity of the legal issues involved, the court has determined the interests of justice require appointment of counsel, pending petitioner being granted *in forma pauperis* (IFP) status. See 28 U.S.C. § 1915(a); 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). The court has already ordered petitioner to submit an affidavit in support of a request to proceed IFP for the purpose of appointment of counsel.

In accordance with the above, IT IS ORDERED as follows:

1. Petitioner's motion for appointment of counsel (ECF No. 2) is GRANTED.

2. Within 14 days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to

1

Lisa Kennison, Courtroom Deputy for Chief Magistrate Judge Carolyn K. Delaney, via email at lkennison@caed.uscourts.gov, who shall update docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as pro hac vice CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's pro hac vice admission to practice before this court for the duration of the proceedings, nunc pro tunc to the date the appointing authority first contacted counsel about this appointment.

3. The Clerk of the Court shall serve a copy of this order and the petition filed on March 16, 2026, on the Federal Defender, Attention: Habeas Appointment.

Dated:  April 1, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 garc2094.110a.imm

2