UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AGUSTIN VALENCIA, A-246-059-771,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | No. 1:26-cv-02094-DC-CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 12, 2026, respondent filed a motion to dismiss, asserting the application for relief has become moot because petitioner was removed from the United States to Honduras. (ECF No. 15.) Petitioner, through counsel, filed a statement of non-opposition to the motion to dismiss. (ECF No. 16.)

Accordingly, IT IS RECOMMENDED as follows:

1. Respondents' motion to dismiss (ECF No. 15) be GRANTED.
2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 22, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 vale2799.fr